**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

ASHLEY PRICE,

        Plaintiff,

vs                                CASE NO. 2:17-cv-25-FTM-38MRM

THE CITY OF SANIBEL, a
Florida Municipality,

        Defendants.
_____/

**<u>MEDIATOR'S REPORT</u>**

The undersigned Mediator hereby reports to the Court the disposition of the mediation of the above captioned action. The mediation was held on December 14, 2017. The disposition was as follows:

    __X__        The entire action was resolved at mediation.

    _____        A partial resolution was achieved. Some issues remain for disposition by the Court.

    _____        The mediation was continued and will be rescheduled.

    _____        Impasse.

                                  <u>/s/ Denise Wheeler Wright</u>
                                  Denise Wheeler Wright
                                  Florida Bar No: 0017809
                                  Ford & Harrison, LLP
                                  1514 Broadway, Suite 203
                                  Fort Myers, FL 33901
                                  Telephone: 239-314-2280
                                  Facsimile: 239-314-2281
                                  dwright@fordharrison.com